CHARLES N. BLAND, SBN: 91563
BLAND, NAVARRO & WEBER LLP
444 South Flower Street, Suite 2160
Los Angeles, California 90071
Phone: (213) 833-7990; Fax: (213) 833-7997
Email: cbland@bnwllp.com

J. TIMOTHY McDONALD, GA Bar No.: 489420
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: (404) 522-4700; Fax (404) 525-2224
email: JTM@rh-law.com

Attorneys for Defendants, DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SOLOMON BERRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DELTA AIR LINES, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:19-CV-0815<br><br>(Removed from the Superior Court of California, Riverside County, Case No. P.S.C. 1901521)<br><br>**DEFENDANT, DELTA AIR LINES, INC.'S, NOTICE OF REMOVAL**<br><br>**[28 U.S.C. § 1446]** |

Defendant Delta Air Lines, Inc. ("Delta Air Lines"), pursuant to 28 U.S.C. § 1446, files this Notice of Removal of the civil action filed against it by Plaintiff Solomon Berry from the Superior Court, Riverside County, Case Number P.S.C. 1901521, to the United States District Court for the Central District of California, Eastern Division. In support hereof, Delta Air Lines respectfully states as follows:

NOTICE OF REMOVAL

1. Delta Air Lines is the Defendant in the above-captioned civil action filed in the Superior Court of California, Riverside County, which is within the District and Division of this Court. See 28 U.S.C. § 84(c).

2. This action was commenced against Delta Air Lines on April 1, 2019, by the service of the Complaint upon Corporation Service Company ("CSC"), the registered agent authorized to accept service on behalf of Delta Air Lines. This Notice is being filed within 30 days after Delta Air Lines first received, through service or otherwise (per 28 U.S.C. §1446(b)), the Complaint.

3. A copy of: 1) the Complaint; 2) Certificate of Counsel; 3) Civil Case Cover Sheet; and 4) Notice of Service of Process, are attached hereto. No other process, pleadings or Orders have been served upon Delta Air Lines in this action.

4. As set forth in the Complaint, Plaintiff's suit seeks relief against Delta Air Lines for the alleged denial of awarding Plaintiff the retirement benefits from the Northwest Airlines Pension Plan for Contract Employees that he would be entitled to as the spouse beneficiary of the deceased participant. Plaintiff alleges that Delta Air Lines is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, et. seq. Therefore, the claims in the Complaint against Delta Air Lines relate to an ERISA plan for purposes of Section 514 of ERISA, 29 U.S.C. § 1144.

5. While the Complaint on its face asserts a federal claim, to the extent that the Plaintiff's Complaint attempts to assert a state-law claim against Delta Air Lines, that claim is preempted and governed by Sections 514 and 502 of ERISA respectively (29 U.S.C. §§ 1144 and 1132). As such, this action is of a civil nature of which the District Courts of the United States have original federal jurisdiction under 28 U.S.C. § 1331.

6. Under authority of Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58, 62-63 (1987), this action may properly be removed to the United States District Court pursuant to U.S.C. § 1331 because this Court has original federal question jurisdiction over this matter.

7.	Pursuant to 28 U.S.C. §1446(d), following the filing of this Notice of Removal in the United States District Court, a true and correct, file-stamped copy of this Notice will be filed with the Clerk of the Superior Court of California, Riverside County, and will be served upon Plaintiff in *propia persona*.

8.	Venue lies in the Central District of California, Eastern Division, pursuant to 28 U.S.C. Section 1441, 1446(a), and 84(c)(2) and the Central District Local Rules. This action originally was brought in the Superior Court of the State of California, County of Riverside.

WHEREFORE, Delta Air Lines respectfully requests that this action be duly removed to this Court, and that it proceed herein.

Respectfully Submitted,

Dated:   April 30, 2019        **BLAND, NAVARRO & WEBER LLP**

By:   */s/ Charles N. Bland*
　　　CHARLES N. BLAND
Charles N. Bland - SBN: 91563
444 South Flower Street, Suite 2160
Los Angeles, California 90071
Telephone: (213) 833-7990
Facsimile: (213) 833-7997
Email: cbland@bnwllp.com

J. Timothy McDonald
Georgia Bar No. 489420
(pro hac vice application to be submitted)
THOMPSON HINE LLP
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
Tim.McDonald@ThompsonHine.com

Counsel for Defendant, DELTA AIR LINES, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          /s/ *Charles N. Bland*